# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3066
_____

Cedric M. Wright

Plaintiff - Appellee

v.

Benjamin Goins, Jr.

Defendant - Appellant

_____

No: 14-3253
_____

Cedric M. Wright

Plaintiff - Appellant

v.

St. Louis Board of Police Commissioners, as a body and through its members individually, in their official capacities; Francis Slay, Jr. in his official capacity as a member of the St. Louis Board of Police Commissioners; Thomas Irwin, in his official capacity as a member of the St. Louis Board of Police Commissioners; Bettye Battle-Turner, in her official capacity as a member of the St. Louis Board of Police Commissioners; Director Public Safetey City of St. Louis Richard H. Gray, in his official capacity as a member of the St. Louis Board of Police Commieeioners; Daniel Isom, in his official capacity as the Chief of Police for the St. Louis Metropolitan Police Department; Gerald Leyshock, in his official capacity as Captain and Commander of the Third District of the St. Louis Metropolitan Police Department; Andrew Wismar, in his official capacity as a police officer and in his individual capacity; Dale Glass, Commissioner of Corrections for the City of St. Louis

Defendants - Appellees

Eugene Stubblefield, Commissioner of Corrections for the City of St. Louis; James Doe, in his official capacity as a police officer and in his individual capacity; Joseph Doe, in his official capacity as a police officer and in his individual capacity

Defendants

St. Louis City Sheriff's Department, as a body and through its Sheriff, in his official capacity; James W. Murphy, in his official capacity as St. Louis City Sheriff

Defendants - Appellees

Jerald Doe, in his official capacity as a deputy sheriff and in his individual capacity; Jackson Doe, in his official capacity as a deputy sheriff and in his individual capacity; Jefferson Doe

Defendants

St. Louis City Division of Corrections, as a body and through its Commissioner, in his official capacity

Defendant - Appellee

Charles Bryson, in his official capacity as interim Commissioner of the Division of Corrections

Defendant

Justin Doe, in his official capacity as a corrections officer and in his individual capacity; Jacob Doe, in his official capacity as a corrections officer and in his individual capacity; Brian Eisele

Defendants - Appellees

Benjamin Goins, Jr.; Mike Garanzini, in his official capacity as a police officer and in his individual capacity

Defendants

Andrew Crews, in his official capacity as a police officer and in his individual capacity; Ruthann Alberti, in her official capacity as an employee of the St. Louis City Sheriff's Department and in his individual capacity

Defendants - Appellees

John Doe, in his official capacity as a police officer and in his individual capacity

Defendant

Mark Garanzini

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-00107-AGF)
(4:12-cv-00107-AGF)
_____

**JUDGMENT**

The parties' joint motion to dismiss the appeal is granted. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 14, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans