# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3066

Cedric M. Wright

Appellee

v.

Benjamin Goins, Jr.

Appellant

No: 14-3253

Cedric M. Wright

Appellant

v.

St. Louis Board of Police Commissioners, as a body and through its members individually, in their official capacities, et al.

Appellees

Eugene Stubblefield, Commissioner of Corrections for the City of St. Louis, et al.

St. Louis City Sheriff's Department, as a body and through its Sheriff, in his official capacity and James W. Murphy, in his official capacity as St. Louis City Sheriff

Appellees

Jerald Doe, in his official capacity as a deputy sheriff and in his individual capacity, et al.

St. Louis City Division of Corrections, as a body and through its Commissioner, in his official capacity

Appellee

Charles Bryson, in his official capacity as interim Commissioner of the Division of Corrections

Justin Doe, in his official capacity as a corrections officer and in his individual capacity, et al.

Appellees

Benjamin Goins, Jr. and Mike Garanzini, in his official capacity as a police officer and in his individual capacity

Andrew Crews, in his official capacity as a police officer and in his individual capacity and Ruthann Alberti, in her official capacity as an employee of the St. Louis City Sheriff's Department and in his individual capacity

Appellees

John Doe, in his official capacity as a police officer and in his individual capacity

Mark Garanzini

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-00107-AGF)
(4:12-cv-00107-AGF)

---

## MANDATE

In accordance with the judgment of 01/14/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

January 14, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit